In the Matter of the Application of MAX HANDEL, Respondent, for a Certiorari Order against WILLIAM E. WALSH and Others, Constituting the BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, Appellants.— Order reversed upon the law and the facts, with fifty dollars costs and disbursements, certiorari proceeding dismissed and determination of the board of standards and

appeals reinstated and confirmed. There is no proof in the record of unnecessary hardship under the provisions of section 21 (Art. V) of the Amended Building Zone Resolution, nor of abuse of discretion under section 7 (e) (Art. II) thereof. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.